# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Darryl Schneider and Sandra Kimball<br><br>*Plaintiff(s)*<br><br>v.<br><br>ABC, Inc. (ABC), monetary damages, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:20-cv-21<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐  **Jury Verdict.**

☑  **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 12) filed June 8, 2020, that in light of the reversal of the payment of the filing fee, this case is DISMISSED without prejudice for failure to pay the filing fee. See D. Vt. L.R. 3(a)(2).

Date:  June 8, 2020

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:  6/8/2020

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Kristin Pratico*
*Signature of Clerk or Deputy Clerk*